IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:11-cr-00417-TLW |
| v. | **ORDER** |
| Calvin Townsend | |

This matter is before the Court on Defendant Calvin Townsend's motion for early termination of his term of supervised release. ECF No. 1251. For the reasons that follow, his motion is denied.

On June 12, 2012, Townsend was sentenced to 210 months imprisonment followed by 4 years of supervised release as a result of his conviction of Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and 28 Grams of More of Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846. On September 24, 2015, Townsend's sentence of imprisonment was reduced from 210 months to 180 months pursuant to 18 U.S.C. § 3582(c)(2). All other provisions of the previous judgment remained in effect. On May 19, 2016, pursuant to a Rule 35(b) Motion, the custody portion of Townsend's sentence was reduced from 180 months to 132 months. All other provisions of the sentence imposed on June 12, 2012, remained in effect. Townsend's supervision commended on August 26, 2020 and will expire on August 26, 2024.

Townsend has moved for the early termination of his remaining term of supervised release. ECF Nos. 1251. A district court may terminate a defendant's term of supervised release if, in the case of a felony, the defendant has completed at

least one year of probation and, after considering the § 3553(a) factors, the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). In support of his request, Townsend notes that he (1) is gainfully employed, (2) has a stable family life, and (3) has completed a majority of his term of supervised release. ECF Nos. 1251.

The Court finds it appropriate to deny Townsend's request for three reasons. First, the Court notes the seriousness of his instant federal conviction— Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and 28 Grams of More of Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846. As noted in his Presentence Investigation Report ("PSR"), Townsend was a significant drug dealer in Marlboro County, South Carolina, specifically in the Shady Rest area, since the mid-1990s. ECF No. 667 ¶ 51. In this capacity, he had many individuals working for him in his drug-dealing enterprise, and the PSR held Townsend accountable for the conservative estimates of 20,777.705 grams of crack cocaine, 15,080.675 grams of powder cocaine and 95 pounds of marijuana. *Id.* Second, in addition to the seriousness of the offense of conviction, a review of Townsend's criminal history reveals a prior record dating back to 1987 when he was 13 years of age and includes drug offenses and driving violations. *Id.* ¶¶ 58–65. Finally, Townsend has a history of failing to abide by the conditions of his supervision. In September 2023—two months before moving for the early termination of his supervised release—Townsend was placed on home detention for 30 days after being arrested by the South Carolina Highway Patrol for Driving

Under the Influence, 1st Offense. ECF No. 1247.

Thus, after reviewing Townsends' motion and the record before it, the Court concludes that the seriousness of the instant offense, his criminal history, and his continued contact with law enforcement in violation of the conditions of his supervision counsel against terminating the remainder of his term supervised release.

At present, Townsend has approximately eight months of supervised release remaining, as his term of supervised release does not expire until August 26, 2020. For the reasons stated, and after considering the § 3553(a) factors, the Court concludes that early termination of his term of supervised release is not warranted. Townsend's motion, ECF No. 1251, is therefore **DENIED.**

**IT IS SO ORDERED.**

                                                  *s/ Terry L. Wooten*
                                                  Terry L. Wooten
                                                  Senior United States District Judge

January 12, 2024
Columbia, South Carolina